UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

ARJUN MALIK, Petitioner,

v. Civil Action No. 5:26-cv-244-DJH

ADAM SMITH, Jailer, Christian County Detention Center et al., Respondents.[1]

* * * * *

**ORDER**

Petitioner Arjun Malik, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Adam Smith.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before August 31, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5) Petitioner may file a reply **on or before September 2, 2026**.

---

[1] The petitioner names the "Warden . . . of the Christian County Detention Center" as a respondent. (D.N. 1, PageID.5 ¶ 2) The Christian County Jailer is Adam Smith. *See Grace v. Christian Cnty. Jail Det. Ctr.*, No. 5:24-CV-P114-JHM, 2024 WL 3402534, at *1 (W.D. Ky. July 12, 2024). The Court will order that the docket be modified accordingly.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before August 31, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Christian County Detention Center. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7) The Clerk of Court is **DIRECTED** to correct the docket of this matter to reflect that Adam Smith is Jailer of the Christian County Detention Center.

August 28, 2026

**David J. Hale, Chief Judge**
**United States District Court**